# INVOICE

| Providence Court Reporting<br>P.O. Box 787<br>Madison, MS 39130<br>(601)720-3862<br>schedule@providencecourtreporting.net | DATE: APRIL 15, 2015<br>INVOICE #434-15 |
|---|---|

BILL TO:
KaShonda L. Day, Esq.
Jackson Public School District
662 South President Street
P.O. Box 2338
Jackson, MS 39225-2338

Re: Dr. Pamela M. Felder vs. Dr. Lonnie Edwards, et al.
Civil Action No.: 3:13CV392TSL-JMR

| JOB DATE | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 03/17/2015 | COPY: Court Reporting Services for the Deposition of Dr. Jayne Sargent | | | | | $ 550.00 |
| 03/17/2015 | COPY: Court Reporting Services for the Deposition of Cerissa Neal | | | | | $ 227.60 |
| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | | OVER 90 DAYS PAST DUE | AMOUNT DUE |
| | | | | | | $ 777.60 |

| REMITTANCE | | |
|---|---|---|
| Statement # | 434-15 | |
| Amount Due after May 15, 2015 | $ 802.60 | |
| Terms of Payment: 30 Days | | |

Make all checks payable to **Providence Court Reporting**
**www.providencecourtreporting.net**
**Thank you for your business!**

EXHIBIT A

RECEIVED BY

MAY 20 2015

OFFICE OF DISTRICT COUNSEL

# INVOICE

| Providence Court Reporting<br>P.O. Box 787<br>Madison, MS 39130<br>(601)720-3862<br>schedule@providencecourtreporting.net | DATE: APRIL 15, 2015<br>INVOICE #436-15 |
|---|---|

| BILL TO | KaShonda L. Day, Esq.<br>Jackson Public School District<br>662 South President Street<br>P.O. Box 2338<br>Jackson, MS  39225-2338<br><br>Re: Dr. Pamela M. Felder vs. Dr. Lonnie Edwards, et al.<br>Civil Action No.: 3:13CV392TSL-JMR |
|---|---|

| JOB DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 03/20/2015 | COPY: Court Reporting Services for the Deposition of Carol Dorsey | | | | $ 488.60 |
| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
| | | | | | $ 488.60 |

| REMITTANCE | | |
|---|---|---|
| Statement # | 436-15 | |
| Amount Due after May 15, 2015 | $513.60 | |
| Terms of Payment: 30 Days | | |

Make all checks payable to **Providence Court Reporting**

**www.providencecourtreporting.net**

Thank you for your business!

RECEIVED BY
MAY 20 2015
OFFICE OF DISTRICT COUNSEL

# INVOICE

| | |
|---|---|
| Providence Court Reporting<br>P.O. Box 787<br>Madison, MS 39130<br>(601)720-3862<br>schedule@providencecourtreporting.net | DATE: APRIL 15, 2015<br>INVOICE #438-15 |

**BILL TO**

KaShonda L. Day, Esq.
Jackson Public School District
662 South President Street
P.O. Box 2338
Jackson, MS  39225-2338

Re: Dr. Pamela M. Felder vs. Dr. Lonnie Edwards, et al.
Civil Action No.: 3:13CV392TSL-JMR

| JOB DATE | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 03/23/2015 | COPY: Court Reporting Services for the Deposition of Wilbur Walters | | | | | $ 438.20 |
| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | | AMOUNT DUE |
| | | | | | | $ 438.20 |

| REMITTANCE | | |
|---|---|---|
| Statement # | 438-15 | |
| Amount Due after May 15, 2015 | $463.20 | |
| Terms of Payment: 30 Days | | |

Make all checks payable to **Providence Court Reporting**

www.providencecourtreporting.net

Thank you for your business!

RECEIVED BY
MAY 20 2015
OFFICE OF DISTRICT COUNSEL

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21375 | 4/7/2015 | 14665 |
| Job Date | Case No. | |
| 3/23/2015 | | |

**Case Name**

Dr. Pamela M. Felder v. Dr. Lonnie Edwards, et al.

**Payment Terms**

Due upon receipt

**Brooks Court Reporting**
12 Lakeland Circle, Suite A · Jackson, MS 39216

RECEIVED APR 0 7 2015 DISTRICT COUNSEL'S OFFICE

Kashonda Day
Jackson Public Schools
662 S. President St.
P.O. Box 2338
Jackson, MS  39225-2338

ORIGINAL TRANSCRIPT OF:
Pamela Felder                                                                                     1,073.00

**TOTAL DUE >>>**          **$1,073.00**
AFTER 7/6/2015  PAY          $1,180.30

Tax ID: 64-0803598 (601)362-1995

Phone: 601-960-8917   Fax:

*Please detach bottom portion and return with payment.*

Kashonda Day
Jackson Public Schools
662 S. President St.
P.O. Box 2338
Jackson, MS  39225-2338

Invoice No.   : 21375
Invoice Date  : 4/7/2015
**Total Due**   : **$ 1,073.00**
AFTER 7/6/2015 PAY $1,180.30

Remit To:  **Brooks Court Reporting, Inc.**
           **2105 5th Street**
           **Meridian, MS 39301**

Job No.     : 14665
BU ID       : 1-MAIN
Case No.    :
Case Name   : Dr. Pamela M. Felder v. Dr. Lonnie Edwards, et al.